ANITA F. STORK (SBN 142265)
JAMES R. ATWOOD (SBN 044798)
TARA M. STEELEY (SBN 231775)
JESSICA D. GABEL (SBN 240455)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
astork@cov.com

Attorneys for Defendant Integrated Device Technology, Inc.

[Additional Counsel and Parties Appear at End]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL AYERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, *et al.*, <br><br> Defendants. | Civil Case No.:  C 06-6770 SBA <br><br> MDL 1819 (pending) <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER** |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California, the following parties hereby stipulate to continuing the deadlines set forth in the Scheduling Order filed October 31, 2006, and the Clerk's Notice filed November 6, 2006, for the following good cause:

      1.    At least 51 complaints have been filed to date in federal district courts by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price

fixing by manufacturers of Static Random Access Memory ("SRAM") (collectively, the "SRAM cases").

2. There is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") (MDL case number 1819) a request pursuant to 28 U.S.C. §1407 to consolidate in this district the SRAM cases filed here and in other districts nationwide.

3. On November 15, 2006, several defendants in the SRAM cases filed with the JPML a schedule identifying the above-captioned case as a potential tag-along action to pending MDL 1819.

4. On December 14, 2006, the JPML issued a Notice of Hearing Session stating that the request to consolidate the SRAM cases will be heard by the JPML on January 25, 2007.

5. The parties agree that, at some point subsequent to that hearing, the JPML is likely to grant the transfer and coordination or consolidation request.

6. In light of the pending request before the JPML, Plaintiffs and Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. stipulated on November 21, 2006, to extend the time for these Defendants to respond to the Complaint in the above-captioned action to the earlier of the following two dates: (1) thirty days after the filing of a Consolidated Amended Complaint in the SRAM cases; or (2) thirty days after Plaintiffs provide written notice that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court in this case. Upon information and belief, all other defendants in this case joined that Stipulation. There have not been any other time modifications in this case.

7. Anticipating a decision by the JPML, two courts in this district have already denied a series of administrative motions to consider whether certain SRAM cases should be related. These courts denied all of these motions without prejudice to renewal following the resolution of the proceedings before the JPML. *See Dataplex, Inc. v. Alliance Semiconductor Corp., et. al*, No. 06-6491 CW (12/14/06 Order of Judge Wilken) (Document 13 in 06-6511

1  EDL); *see also In re DRAM Litigation*, No. M02-1486 PJH (11/15/06 Order of Judge
2  Hamilton).
3      8.    Also anticipating a decision by the JPML, two additional judges in this district
4  have recently either stayed an SRAM proceeding or continued case management deadlines in
5  three SRAM actions.  *See Reclaim Center, Inc., et al. v. Samsung Electronics Co, Ltd., et al.*,
6  No. 06-6533 (12/22/06 Order of Judge Illston to stay proceeding pending decision by JPML);
7  *Madsen v. Samsung Electronics Co, Ltd., et al.*, No. 06-6541 (12/22/06 Order of Judge Illston to
8  continue case management deadlines pending decision by JPML); *Ma v. Alliance*
9  *Semiconductor Corp., et al.*, No. 06-6511 (12/20/06 Order of Judge Laporte to continue case
10  management deadlines and conference pending decision by JPML).
11      9.    Given the January 25, 2007 hearing date for MDL 1819, the dates set forth in
12  the Scheduling Order filed October 31, 2006, and the Clerk's Notice filed November 6, 2006,
13  including deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR
14  Local Rule 3.5, will come to pass before the JPML acts on the pending request.
15      10.    Continuing the dates set forth in the Scheduling Order filed October 31, 2006,
16  and the Clerk's Notice filed November 6, 2006, would promote judicial efficiency, allow
17  consistency in pretrial rulings, and be most convenient to the parties.
18      11.    The parties agree that this joint stipulation does not constitute a waiver of any
19  defense, including but not limited to the defense of lack of personal or subject matter
20  jurisdiction or improper venue.

-3-

12. Accordingly, the parties hereby STIPULATE to and respectfully request the Court to CONTINUE the dates set forth in the Scheduling Order filed October 31, 2006, and the Clerk's Notice filed November 6, 2006. The affected dates include the deadline to meet and confer and file Joint ADR Certification (currently January 17, 2007); the deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule 26(f) Report (currently January 26, 2007); and the Initial Case Management Conference (currently February 7, 2007). The parties propose extending these dates to April 18, 2007, April 25, 2007, and May 9, 2007, at 2:30 p.m. via telephone. Plaintiff's Counsel shall initiate the conference call.

13. A form of order as prescribed by Local Rule 7-12 is located on page 10 after the signatures of counsel.

DATED: January 16, 2007        Respectfully submitted:

By:    /s/ Tara M. Steeley
       Anita F. Stork
       James R. Atwood
       Tara M. Steeley
       COVINGTON & BURLING LLP

       Attorneys for Defendant Integrated
       Device Technology, Inc.

DATED: January 16, 2007

       Respectfully submitted:

By:    /s/ Matthew R. Schultz
       Francis O. Scarpulla
       Craig C. Corbitt
       Judith A. Zahid
       Matthew R. Schultz
       ZELLE, HOFMANN, VOELBEL,
       MASON & GETTE LLP

       Attorneys for Plaintiffs

-4-

DATED:  January 16, 2007                                          Respectfully submitted:

By:  _____/s/   Adam Wilson_____
Adam Wilson
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA  94104

Attorneys for Defendants Micron
Technology, Inc. and Micron Semiconductor
Products, Inc.

DATED: January 16, 2007                                           Respectfully submitted:

By:  _____/s/   Ted C. Lindquist_____
Ted C. Lindquist, III
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111

Attorneys for Defendant Samsung
Semiconductor, Inc.

DATED:  January 16, 2007                                          Respectfully submitted:

By:  _____/s/   Peter Nemerovski_____
Peter Nemerovski
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA  90071

Attorneys for Defendant
Hynix Semiconductor America, Inc.

1  DATED:  January 16, 2007               Respectfully submitted:

2

3
                                          By:      /s/   Steven H. Morrissett
4                                         Steven H. Morrissett (SBN 73424)
                                          FINNEGAN, HENDERSON, FARABOW,
5                                         GARRETT & DUNNER LLP
                                          3300 Hillview Avenue
6                                         Palo Alto, CA 94304
                                          (650) 849-6624
7                                         morrissett@finnegan.com

8                                         Attorneys for Defendant Winbond
                                          Electronics Corporation America
9

10 DATED:  January 16, 2007               Respectfully submitted:

11

12
                                          By:      /s/  Jonathan E. Swartz
13                                        Robert B. Pringle
                                          Paul R. Griffin
14                                        Jonathan E. Swartz
                                          THELEN REID BROWN RAYSMAN &
15                                        STEINER LLP
                                          101 Second Street, Suite 1800
16                                        San Francisco, CA  94105

17                                        Attorneys for Defendant NEC Electronics
                                          America, Inc.
18

19 DATED:  January 16, 2007               Respectfully submitted:

20

21
                                          By:      /s/  Maura L. Rees
22                                        Robert P. Feldman
                                          Maura L. Rees
23                                        WILSON SONSINI GOODRICH &
                                          ROSATI
24                                        650 Page Mill Road
                                          Palo Alto, CA  94304
25
                                          Attorneys for Defendant Cypress
26                                        Semiconductor Corporation

27

28
                                          -6-

DATED: January 16, 2007                    Respectfully submitted:

                                           By:      /s/   Kevin C. McCann
                                               Kevin C. McCann
                                               PAUL, HASTINGS, JANOFSKY &
                                               WALKER LLP
                                               55 Second Street, 24th Floor
                                               San Francisco, CA  94105

                                               Attorneys for Defendant Alliance
                                               Semiconductor Corporation

DATED: January 16, 2007                    Respectfully submitted:

                                           By:      /s/   Alice W. Detwiler
                                               Jeffrey M. Shohet
                                               Mark H. Hamer
                                               Alice W. Detwiler
                                               DLA PIPER US, LLP
                                               401 B Street
                                               Suite 1700
                                               San Diego, CA  92101

                                               Attorneys for Defendant GSI Technology,
                                               Inc.

DATED: January 16, 2007                    Respectfully submitted:

                                           By:      /s/   Daniel E. Alberti
                                               Daniel E. Alberti
                                               MCDERMOTT WILL & EMERY LLP
                                               3150 Porter Drive
                                               Palo Alto, CA 94304

                                               Attorneys for Defendants Hitachi America,
                                               LTD and Renesas Technology America, Inc.

-7-

1 | DATED: January 16, 2007                          Respectfully submitted:

By:       /s/  David Eiseman
David Eiseman
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111

Attorneys for Defendant International
Business Machines Corporation

DATED: January 16, 2007                          Respectfully submitted:

By:       /s/   Michael D. Lisi
Michael D. Lisi
KRIEG, KELLER, SLOAN, REILLEY
& ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104

Attorneys for Defendant Mitsubishi Electric
& Electronics USA, Inc.

DATED: January 16, 2007                          Respectfully submitted:

By:       /s/   Daniel A. Rozansky
Daniel A. Rozansky
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, #1800
Los Angeles, CA 90067

Attorney for Defendants Epson America,
Inc. and Epson Electronics America, Inc.

-8-

JOINT STIPULATION TO STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; [PROPOSED] ORDER
Case No.:  C-06-6770 SBA

DATED: January 16, 2007                     Respectfully submitted:

By: _____/s/   Roxane A. Polidora_____
Roxane A. Polidora
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
50 Fremont Street
San Francisco, CA  94105

Attorneys for Defendant Sharp Electronics Corporation

DATED: January 16, 2007                     Respectfully submitted:

By: _____/s/  Elisabeth R. Brown_____
Stephen V. Bomse
David M. Goldstein
Elisabeth R. Brown
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104

Attorneys for Defendants Sony Corporation of America and Sony Electronics Inc.

DATED: January 16, 2007                     Respectfully submitted:

By: _____/s/   Teague I. Donahey_____
Teague I. Donahey
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA  94104-1715

Attorneys for Defendant STMicroelectronics, Inc.

1  DATED: January 16, 2007                    Respectfully submitted:

                                              By:    /s/   Andrea L. Yamamoto
                                                  Andrea L. Yamamoto
                                                  LATHAM & WATKINS
                                                  633 West Fifth Street
                                                  Suite 4000
                                                  Los Angeles, CA  90071-2007

                                                  Attorneys for Defendants Toshiba America
                                                  Electronic Components, Inc. and Toshiba
                                                  America, Inc.

   DATED: January 16, 2007                    Respectfully submitted:



                                              By:    /s/   Matthew S. Leddicotte
                                                  Matthew S. Leddicotte
                                                  WHITE & CASE LLP
                                                  3000 El Camino Real
                                                  5 Palo Alto Square, 10th Floor
                                                  Palo Alto, California 94306

                                                  Attorneys for Defendant Integrated Silicon
                                                  Solution, Inc.




**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: 1/22/07


                                              _____
                                              The Honorable Saundra Brown Armstrong
                                              United States District Court Judge


-10-

I, Tara M. Steeley, am the ECF User whose identification and password are being used to file this Joint Stipulation to Continue Case Management Deadlines; [Proposed] Order.  I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories, and that each of the other signatories has provided me with written permission to sign their names to this document.

DATED:  January 16, 2007    Respectfully submitted:

By:    /s/  Tara M. Steeley
       Anita F. Stork
       James R. Atwood
       Tara M. Steeley
       COVINGTON & BURLING LLP

       Attorneys for Defendant Integrated
       Device Technology, Inc.